IN THE UNITED STATES
DISTRICT COURT
CENTRAL DISTRICT
OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br><br>vs.<br><br>RONNIE R. LINK<br><br>   Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. CV 05-1243

## NOTICE OF FORECLOSURE

The undersigned certifies that the above entitled mortgage foreclosure action was filed on __August 25__, 2005, and is now pending.

(i)  The names of all plaintiffs and the case number are identified above.

(ii)  The court in which said action was brought is identified above.

(iii)  The name(s) of the title holder(s) of record are: RONNIE R. LINK

(iv)  The legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

    Lot 3 and the West Half of Lot 2 in Block 7 Mutual Stock Company Addition to the Village of Little York, situated in the Village of Little York, County of Warren and State of Illinois.

    PIN No. 15-557-002-00

(v)  A common address or description of the location of the real estate is as follows:
    515 W. Main, Little York, IL 61453

(vi)  An identification of the mortgage sought to be foreclosed is as follows:

    Name of mortgagor(s):  RONNIE R. LINK

    Name of mortgagee:  United States of America, United States Department of Agriculture

    Date(s) of mortgage(s):  August 30, 2001

| | |
|---|---|
| Date(s) of recording: | August 30, 2001 |
| County where recorded: | Warren County, Illinois |
| Recording document identification: | Recorded as Doc. No. 471525, Book 848, Pages 183-188 |

UNITED STATES OF AMERICA, Plaintiff

JAN PAUL MILLER
United States Attorney

PREPARED BY:

By: s/: BRADLEY W. MURPHY
Bradley W. Murphy
Assistant United States Attorney
One Technology Plaza
211 Fulton Street
Suite 400
Peoria, Illinois 61602
Telephone No. 309-671-7050
Fax No. 309-671-7259
brad.murphy@usdoj.gov

This instrument was prepared by Bradley W. Murphy, Assistant U. S. Attorney, One Technology Plaza, 211 Fulton Street, Suite 400, Peoria, Illinois 61602