IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.    05-1243 |
| ) | |
| RONNIE R. LINK, ) | |
| ) | |
| Defendant. ) | |

### MOTION TO ENTER DEFAULT JUDGMENT OF FORECLOSURE

Plaintiff, UNITED STATES OF AMERICA, moves pursuant to Title 28 United States Code, Section 1345 for judgment by default for the relief prayed for in the Complaint for Foreclosure of Mortgage previously filed by the plaintiff in this cause on **August 25, 2005**. In support of this Motion, the United States of America states as follows:

1. That this Court has jurisdiction of the parties to and the subject matter of this suit. That the defendant, **Ronnie R. Link**, was served with a copy of the complaint by certified mail on **August 25, 2005**, and acknowledged waiver of service of summons by mail, pursuant to Rule 4, Federal Rules of Civil Procedure, on **August 29, 2005**. That said defendant has not answered or otherwise pleaded to said Complaint filed herein and consequently is in default for defendant's failure to so appear, answer, or otherwise plead in this cause in the time and in the manner as provided by the Federal Rules of Civil Procedure and the Rules of this Court.

2. The material factual allegations stated in said Complaint filed herein were not denied in any responsive pleading.

3. The Sworn Affidavit of Costs and the Affidavit of **Marianne Nixa**, Acting State Director, Rural Development, formerly Farmers Home Administration, are attached hereto and incorporated herein.

**WHEREFORE**, the UNITED STATES OF AMERICA requests that this Court enter a Default Judgment of Foreclosure against the above-named defendant.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY


**s/: BRADLEY W. MURPHY**
BRADLEY W. MURPHY
Assistant United States Attorney
One Technology Plaza
211 Fulton Street, 4th Floor
Peoria, Illinois 61602
Telephone: 309.671.7050

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| DEBRA K. MILLER | ) | |
| | ) | |
| | ) | CIVIL NO. 05-1247 |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT FOR JUDGMENT

The Undersigned, having been duly sworn on oath, doth state:

1. The undersigned states that he is the State Director for Rural Development, United States Department of Agriculture and is authorized to make this Affidavit on behalf of plaintiff.

2. The undersigned is familiar with the material allegations contained in the Complaint for Foreclosure filed herein by plaintiff, and said allegations are true.

3. Defendant-mortgagor is in arrears in the payments due plaintiff, as described in said Complaint, in the amount of $14,608.75 as of October 26 2005.

4. As of October 26, 2005, said defendant is indebted to plaintiff in the following amounts under the terms of a loan secured by mortgage described in said Complaint, in addition to plaintiff's attorney fees incurred herein which are to be fixed by this court:

| | |
|---|---|
| Unpaid Balance of Principal | $69,595.45 |
| Unpaid Balance of Interest | $ 7,677.84 |
| Subsidy Assistance Due | $ 1,663.35 |
| Late Charges Due | $    83.04 |
| Interest Assessed on Fees | $    52.32 |
| Fees Assessed | $ 2,817.88 |
| Court Costs Paid to Date | $   306.00 |
| Total | $82,195.88 |
| Daily Accrual | $14.6315 |

5. To the best of the knowledge, information and belief of the undersigned; defendant herein is not now in active duty with the military forces of the United States or Allied Nations.

## CERTIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement set forth in this instrument are true and correct, except as to matters therein states to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

          s/: DOUGLAS WILSON
          DOUGLAS WILSON
          State Director

## ACKNOWLEDGMENT

Subscribed and sworn to before me, a notary, this 27TH day of October 2005.

.

My Commission Expires:    04/04/2007   s/: DONNA M. WILTSHIRE
                                                                          Donna M. Wiltshire, Notary

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No.    05-1243 |
| RONNIE R. LINK, | ) ) ) | |
| Defendant. | ) | |

## AFFIDAVIT OF MILITARY SERVICE

STATE OF ILLINOIS    )
                     )
COUNTY OF PEORIA     )

**BRADLEY W. MURPHY** says that he is the attorney for the plaintiff in the above-entitled action; that to the best of his information and belief the defendant, **Ronnie R. Link**, is not an infant or incompetent person and not in the military service within the purview of the Servicemembers' Civil Relief Act of 2003.

The attached letter was mailed to defendant at his/her last known address. To date, no response has been received from said defendant. To further determine the military status of the defendant-mortgagor, the office of the undersigned attorney searched the following Defense Manpower Data Center website, https://www.dmdc.osd.mil/udpdri/owa/sscra.page by entering the mortgagor's social security number. The national database confirmed that the mortgagor is not in the military service of the United States.

I declare under penalty of perjury that the foregoing is true and correct.  Dated this **2nd** day of **November, 2005**.

                                       **s/: BRADLEY W. MURPHY**
                                       **BRADLEY W. MURPHY**

Subscribed and sworn to before me this **2nd** day of **November, 2005**.

                                       **s/:  DEBRA L. HANSEN**
                                       **DEBRA L. HANSEN**
                                       **Notary Public**

Assistant United States Attorney
One Technology Plaza
211 Fulton Street, 4th Floor
Peoria, Illinois 61602
Telephone:  309.671.7060



U. S. Department of Justice

United States Attorney
Central District of Illinois

November 1, 2005

One Technology Plaza
211 Fulton Street, Suite 400
Peoria, Illinois 61602

(309) 671-7050

FAX (309) 671-7259

Ms. Debra K. Miller
P.O. Box 455
Benson, Illinois 61516-0455

RE: United States of America v. Debra K. Miller
Case #: 05-1247

Dear Ms. Miller:

As you are aware, we are in the process of foreclosing on the property located at **305 West Randolph Street, Roanoke, Illinois 61561**.

It is necessary that we be informed as to whether or not you are currently in the military service, either active or reserve.

If no response is received from you within ten (10) days of the date of this letter, we will assume that you are not in the military service.

Very truly yours,

UNITED STATES OF AMERICA

JAN PAUL MILLER
UNITED STATES ATTORNEY

**DONALD C. LATTIG**
Legal Assistant

BWM:dl

Department of Defense Manpower Data Center                                    NOV-01-2005 11:43:43


Military Status Report
Pursuant to the Service Members' Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|
| MILLER | Debra K | | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, the above is the current status of the individual, per the Information provided, as to all branches of the Military.

*[signature: Robert J Brandewie]*

Robert J. Brandewie, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Service Members Civil Relief Act [50 USCS Appx. §§ 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are most strongly encouraged to contact us by phone at (703-696-6762). We will then conduct further research. Your failure to re-contact DMDC may cause provisions of the SCRA to be invoked against you.

This response reflects current active duty status only. For historical information, please contact the military services SCRA point of contact.

    See: http://www.defenselink.mil/faq/pis/PC09SLDR.html.

*Report ID:BNKDZBRZESC*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No.  05-1243 |
| | ) |
| RONNIE R. LINK, | ) |
| | ) |
| Defendant. | ) |

**AFFIDAVIT**

STATE OF ILLINOIS        )
                                       ) SS
COUNTY OF PEORIA    )

   BRADLEY W. MURPHY, being first duly sworn, upon his oath deposes and says that he is an Assistant United States Attorney for the Central District of Illinois, and is the attorney for the plaintiff in the above-styled cause, and that he has read the foregoing Motion to Enter Default Judgment of Foreclosure and that the matters and things alleged therein are true.

**s/: BRADLEY W. MURPHY**
**BRADLEY W. MURPHY**

Subscribed and sworn to before me this **2nd** day of **November, 2005**.

**s/:  DEBRA L. HANSEN**
**DEBRA L. HANSEN**
**Notary Public**

Assistant United States Attorney
One Technology Plaza
211 Fulton Street, 4th Floor
Peoria, Illinois 61602
Telephone:  309.671.7060