## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF ILLINOIS

## AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 05-1243 |
| RONNIE R. LINK, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF FILING
## MOTION TO ENTER DEFAULT JUDGMENT OF FORECLOSURE

To:  **Ronnie R. Link**
**RR#1, Box 200K**
**Oquawka, Illinois 61469**

You are hereby notified that the Plaintiff, United States of America, filed a ***Motion To Enter Default Judgment of Foreclosure*** against you on **November 2, 2005**.

Please be advised that the Court may rule on this Motion without further notice or a hearing, after the Motion has been on file for 14 days.

UNITED STATES OF AMERICA

JAN PAUL MILLER
UNITED STATES ATTORNEY


**s/: BRADLEY W. MURPHY**
BRADLEY W. MURPHY
Assistant United States Attorney
One Technology Plaza
211 Fulton Street, 4th Floor
Peoria, Illinois 61602
Telephone: 309.671.7050

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.  05-1243 |
| RONNIE R. LINK, | ) ) ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on **November 2, 2005**, I electronically filed the **NOTICE OF FILING MOTION TO ENTER DEFAULT JUDGMENT OF FORECLOSURE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Not Applicable**

and I hereby further certify that I have mailed, by United States Postal Service, the **NOTICE OF FILING MOTION TO ENTER DEFAULT JUDGMENT OF FORECLOSURE** to the following non CM/ECF participant:

> Ronnie R. Link
> RR#1, Box 200K
> Oquawka, Illinois 61469

s/:  DONALD C. LATTIG
**DONALD C. LATTIG**
Legal Assistant
Office of the United States Attorney
One Technology Plaza
211 Fulton Street, 4th Floor
Peoria, Illinois 61602
Telephone: 309.671.7050
E-Mail: don.lattig@usdoj.gov