AO 450 (Rev. 5/85) Judgment in a Civil Case

E-FILED
Friday, 04 November, 2005 03:26:45 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

FILED
NOV 0 3 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**United States of America**

vs.                                              Case Number:   **05-1243**

**Ronnie R. Link**

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that default judgment of foreclosure is entered in favor of plaintiff and against defendant, plus costs of suit.

ENTER this 3rd day of November, 2005.

JOHN M. WATERS, CLERK

s/ T. Kelch
BY:  DEPUTY CLERK

05-1243.wpd