E-FILED
Wednesday, 11 January, 2006  11:14:39 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 05-1243 |
| ) | |
| RONNIE R. LINK, ) | |
| ) | |
| Defendants. ) | |

**ENTRY OF APPEARANCE**

Elizabeth L. Collins, Assistant United States Attorney, enters her appearance to this Court as co-counsel to represent the United States for the above-named case.

Respectfully submitted,
RODGER A. HEATON
United States Attorney

By: s/ Elizabeth L. Collins
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Elizabeth L. Collins, IL Bar No. 487864
Attorney for Plaintiff
United States Attorney's Office
318 South Sixth Street
Springfield, IL  62701
Telephone:  217/492-4450
Fax:  217/492-4888
email:  beth.collins@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I mailed a copy of the foregoing to:

**Ronnie Link**
**RR #1**
**Box 200K**
**Oquawka, Illinois 61469**

|  |  |
|---|---|
| Date: January 11, 2006 | s/ Elizabeth L. Collins |