E-FILED
Wednesday, 11 January, 2006 11:29:59 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 05-1243 |
| RONNIE R. LINK, | ) |
| Defendants. | ) |

### NOTICE OF MARSHAL'S SALE

**PUBLIC NOTICE** is hereby given that pursuant to a judgment of foreclosure entered by the Court in the above-entitled cause, the property hereinafter described or so much thereof as shall be sufficient to satisfy said judgment, will be sold to the highest bidder.

1. The name, address and telephone number of the person to contact for information regarding the real estate is:

   **Chris Mowrer**
   **Rural Development Manager**
   **USDA Building**
   233 South Soangetaha Road
   Galesburg, Illinois 61401
   **Telephone: 309.342.5138, Ext. #4**

2. The common address and other common description, if any, of the real estate is:

   **515 West Main**
   **Little York, Illinois 61453**

3. The legal description of the real estate is:

   **Lot 3 and the West Half of Lot 2 in Block 7 Mutual Stock Company Addition to the Village of Little York, situated in the Village of Little York, County of Warren and State of Illinois**

   **PIN No. 15-557-002-00**

4. The real estate may be inspected prior to sale at the following times:

   (Available for inspection during business hours upon reasonable advance notice to the county office listed above.)

5. The time and place of the sale are:

   **Thursday, February 16, 2006, at 11:00AM at the front door of the Warren County Courthouse in Monmouth, Illinois.**

6. The terms of the sale are:

   Said property shall be sold to the highest bidder who shall pay ten percent (10%) of the bid purchase price payable at the time and place of the sale by certified check tendered to the United States Marshal conducting the sale. The balance of the bid purchase price shall be paid by certified check received by the United States Marshal's Service, 100 NE Monroe Street, Peoria, Illinois, 61602, within thirty (30) days of the date of said sale. If the balance is not received within said time period, the ten percent (10%) payment made at the time of the sale shall be forfeited to the United States, the sale shall be void and a new sale shall be scheduled by the Court.

7. Title will be conveyed subject to all general real estate taxes for the years **2005,** and subsequent years, which are a lien upon the real estate, and special assessments, if any, and easements and restrictions of record. Buyer(s) shall also be responsible for payment of the real estate transfer tax (Ch. 120, Par. 1003, Ill.Rev.Stat.).

8. At said sale I shall give to the purchaser or purchasers a Certificate of Sale in writing describing the lands and tenements purchased and the sum paid therefor. Upon confirmation of said sale by the Court, the holder of said Certificate of Sale shall be entitled to a deed for said premises.

**DATED** at Peoria, Illinois, this 16th day of December, 2005.

/s/ Steven D. Deatherage

**STEVEN D. DEATHERAGE**
UNITED STATES MARSHAL
CENTRAL DISTRICT OF ILLINOIS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **NOTICE OF MARSHAL'S SALE** has been placed in the United States mail, via certified mail, return receipt requested, and regular mail, addressed to:

>Ronnie Link
>RR #1
>Box 200K
>Oquawka, Illinois 61469

January 11, 2006                     s/ Elizabeth L. Collins
Date: _____                _____