E-FILED
Tuesday, 21 February, 2006, 08:34:26 AM
Clerk, U.S. District Court, ILCD

6. The terms of the sale are:
Said property shall be sold to the highest bidder who shall pay ten percent (10%) of the bid purchase price payable at the time and place of the sale by certified check tendered to the United States Marshal conducting the sale. The balance of the bid purchase price shall be paid by certified check received by the United States Marshal's Service, 100 NE Monroe Street, Peoria, Illinois, 61602, within thirty (30) days of the date of said sale. If the balance is not received within said time period, the ten percent (10%) payment made at the time of the sale shall be forfeited to the United States, the sale shall be void and a new sale shall be scheduled by the Court.

7. Title will be conveyed subject to all general real estate taxes for the years 2005, and subsequent years, which are a lien upon the real estate, and special assessments, if any, and easements and restrictions of record. Buyer(s) shall also be responsible for payment of the real estate transfer tax (Ch. 120, Par. 1003, Ill. Rev. Stat.).

8. At said sale I shall give to the purchaser or purchasers a Certificate of Sale in writing describing the lands and tenements purchased and the sum paid therefor. Upon confirmation of said sale by the Court, the holder of said Certificate of Sale shall be entitled to a deed for said premises.

DATED at Peoria, Illinois, this 16th day of December, 2005.

s/ STEVEN D. DEATHERAGE
UNITED STATES MARSHAL
CENTRAL DISTRICT OF ILLINOIS

---

Publish 1-19,26, 2-2,9 2006
IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS AT PEORIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
RONNIE R. LINK,
Defendants.
CIVIL No. 05-1243

NOTICE OF MARSHAL'S SALE

PUBLIC NOTICE is hereby given that pursuant to a judgment of foreclosure entered by the Court in the above-entitled cause, the property hereinafter described or so much thereof as shall be sufficient to satisfy said judgment, will be sold to the highest bidder:

1. The name, address and telephone number of the person to contact for information regarding the real estate is:
Chris Mowrer
Rural Development Manager
USDA Service Center
233 South Soangetaha Road
Galesburg, Illinois 61401
Telephone: 309.342.5139, Ext. #4

2. The common address and other common description, if any, of the real estate is:
513 West Main
Little York, Illinois 61453

3. The legal description of the real estate is:
Lot 3 and the West Half of Lot 2 in Block 7 Mutual Stock Company Addition to the Village of Little York, County of Warren and State of Illinois.
PIN No. 15-557-002-00

4. The real estate may be inspected prior to sale at the following times:
(Available for inspection during business hours upon reasonable advance notice to the county office listed above.)

5. The time and place of the sale are:
Thursday, February 16, 2006, at 11:00 AM at the front door of the Warren County Courthouse in Monmouth, Illinois.

---

CERTIFICATE OF PUBLICATION

Monmouth, Illinois _February 9_ 2006

I, the undersigned, of the Review Atlas Printing Company, do hereby certify that I am duly authorized agent in this behalf, and I further certify that a notice of which the annexed printed notice is a true copy, was published in the **Daily Review Atlas**, a daily secular newspaper of general circulation, printed and published by the said Review Atlas Printing Company, at the City of Monmouth, Warren County, Illinois, and that the said notice was published once each day/week for the space of _____ days/weeks successively, and was contained in each and every copy of the several issues in which the same was published, and that the first publication of said notice was in the issue of said paper bearing date _Jan. 19, Jan 26, Feb. 2_ 2006 and the last publication in the issue thereof bearing date _Feb. 9_ 20 06

and that said Monmouth Review Atlas has been regularly published in said Warren County for at least 12 months prior to the first publication of said notice.

The Monmouth Review Atlas is a newspaper as defined in Act — Chapter 100, Sections 1 and 5, Illinois Revised Statutes.

Dated this _9th_ day of _Feb._ 20 06

/s/ Mary Lefler
Authorized Agent Review Atlas Printing Company.

Printer's Fee $ _255.60_

Received above fee _____

this _____ day of _____ 20 ___

Per Review Atlas