E-FILED
Tuesday, 21 February, 2006 12:01:10 PM
Clerk, U.S. District Court, ILCD

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal on the reverse of this form."

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 05-1243 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Ronnie R. Link | Marshal's Sale Judgment of Foreclosure |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Sale: Warren County Courthouse, Monmouth, Illinois
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** Date: Thursday, February 16, 2006 @ 11:00AM

FILED FEB 21 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Bradley W. Murphy
Assistant United States Attorney
One Technology Plaza
211 Fulton Street, 4th Floor
Peoria, Illinois 61602

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
/s/ Bradley W. Murphy
TELEPHONE NUMBER: 309.671.7050
DATE: 12-15-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. A26 | District to Serve No. R1 | Signature of Authorized USMS Deputy or Clerk | Date 12/16/5 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 02/16/06  Time: 11:15 am
Signature of U.S. Marshal or Deputy: Timothy D. M<u>c</u>___

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $135.00 | $61.41 | — | $196.41 | | |

**REMARKS:**
- Sold to Janice Hamberg for $18,000.00 on 02/16/2006.
- 3 Hours, 138 miles round trip.
- Mailing Address: P.O. Box 125, Little York, IL 61453

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)