E-FILED
Monday, 15 May, 2006 12:02:03 PM
Clerk, U.S. District Court, ILCD

## ABSTRACT OF JUDGMENT

## Notice

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. §6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Addresses of Parties against whom judgments have been obtained | Names of Parties in whose favor judgments have been obtained |
| --- | --- |
| Ronnie R. Link<br><br>Little York, IL 61453-9765<br>SSN: XXX-XX-7701 | UNITED STATES OF AMERICA |

| Amount of Judgment | Names of Creditor's Attorneys | When Docketed |
| --- | --- | --- |
| $46,863.44, plus interest accruing at the rate of 2.35% | Return to:<br>U.S. Attorney's Office<br>Central District of Illinois<br>Financial Litigation Unit<br>318 S. 6th Street<br>Springfield, Illinois 62701 | November 3, 2005<br>05-1243 |

UNITED STATES OF AMERICA,          CLERK'S OFFICE          U.S. DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
SS.

I CERTIFY, That the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Dated May 15, 2006, at Peoria, IL

JOHN M WATERS    _John Waters_ , Clerk.

By    s/H. Kallister    _ , Deputy Clerk.