UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| RONNIE R. LINK, | ) |
| | ) |
| Defendant. | ) CIVIL NO. 05-1243 |

RELEASE OF NOTICE OF FORECLOSURE

Release is hereby given of the Notice of Foreclosure filed in the United States District Court, Central District of Illinois, on August 25, 2005, and recorded in the Recorder's Office in Warren County, Illinois, on September 12, 2005, as Document No. 490041, in Book 1110, Pages 191-192, which Notice of Foreclosure stated as follows:

The undersigned certifies that the above-entitled mortgage foreclosure action was filed on August 25, 2006, and is now pending.

(i)  The name of the plaintiff and the case number are identified above.

(ii)  The court in which said action was brought is identified above.

(iii)  The name of the title holder of record is:  Ronnie R. Link

(iv)  A legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

>   Lot 3 and the West Half of Lot 2 in Block 7 Mutual Stock
>   Company Addition to the Village of Little York, situated in the
>   Village of Little York, County of Warren and State of Illinois
>
>   PIN No. 15-557-002-00

(v) A common address or description of the location of the real estate is as follows:

515 West Main, Little York, Illinois 61453

(vi) An identification of the mortgage sought to be foreclosed is as follows:

| | |
|---|---|
| Name of mortgagor: | Ronnie R. Link |
| Name of mortgagee: | United States of America, United States Department of Agriculture |
| Date of mortgage: | August 30, 2001 |
| Date of recording: | August 30, 2001 |
| County where recorded: | Warren County, Illinois |
| Recording document identification: | Recorded as Doc. No. 471525, Book 848, Pages 183-188 |

Respectfully submitted,
RODGER A. HEATON
United States Attorney

s/ Elizabeth L. Collins

By: _____
Elizabeth L. Collins, IL Bar No. 487864
Attorney for Plaintiff
United States Attorney's Office
318 South Sixth Street
Springfield, IL  62701
Telephone:  217/492-4450
Fax:  217/492-4888
email:  beth.collins@usdoj.gov

This instrument was prepared by Elizabeth L. Collins, Assistant United States Attorney, 318 South Sixth Street, Springfield, IL  62701.

Please return recorded release to Elizabeth L. Collins, Assistant United States Attorney, 318 South Sixth Street, Springfield, IL  62701.